UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ULISES LUGO,<br><br>    Petitioner,<br><br>  v.<br><br>LELAND McEWAN, Warden,<br><br>    Respondent. | NO. EDCV 12-549-DMG (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied as moot.

DATED: March 13, 2017

DOLLY M. GEE
United States District Judge